NUMBER 13-03-266-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


___________________________________________________________________


MARK ANTHONY RAMIREZ AND SANDRA TOVAR, Appellants,


v.



THE STATE OF TEXAS, Appellees.

___________________________________________________________________


On appeal from the 389th District Court 


of Hidalgo County, Texas.


___________________________________________________________________


MEMORANDUM OPINION



Before Justices Hinojosa, Yanez, and Garza


Opinion Per Curiam




 Appellants, MARK ANTHONY RAMIREZ AND SANDRA TOVAR, perfected an
appeal from a judgment entered by the 389th District Court of Hidalgo County, Texas,
in cause number C-927-02-H. After the record was filed, the parties filed a joint
motion to reverse and remand. In the motion, the parties state that they have reached
a compromise settlement agreement in this matter.

 The Court, having examined and fully considered the documents on file and the
parties' joint motion, is of the opinion that the motion should be granted. The joint
motion is granted, and the judgment of the trial court is hereby REVERSED and the
cause is REMANDED to the trial court in accordance with the parties' settlement
agreement. 

 PER CURIAM


Opinion delivered and filed this

the 18th day of September, 2003.